1 DAVID A. STEINBERG (SBN 130593)
das@msk.com
2 MARC E. MAYER (SBN 190969)
mem@msk.com
3 EMILY F. EVITT (SBN 261491)
efe@msk.com
4 MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
5 Los Angeles, California 90064-1683
Telephone: (310) 312-2000
6 Facsimile: (310) 312-3100

7 Attorneys for Plaintiffs

FILED
10 AUG 19 PM 3:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

11 MANSEF, INC., a Canadian Corporation and FROYTAL SERVICES LIMITED, a Cyprus Corporation;

13 Plaintiffs,

14 v.

15 Ventura Content, AVV, an Aruban Corporation; Denali Holdings, LLC, a California Limited Liability Corporation; and Does 1-10,

18 Defendants.

CASE NO. CV10 6222 VBF PLAx

**CERTIFICATION AS TO INTERESTED PARTIES**

[C.D. Local Rule 7.1-1]

Mitchell Silberberg & Knupp LLP

2859194.1

CERTIFICATION OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiffs Mansef, Inc. and Froytal Services, Limited, certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Mansef, Inc. is a corporation organized and existing under the laws of Canada.

2. The following corporations, existing under the laws of Canada, own fractional shares of greater than 10% of Mansef, Inc. (a) 6889379 Canada Inc.; (b) 6890709 Canada Inc.; (c) 6890750 Canada Inc.; (d) 6889336 Canada Inc.

3. Plaintiff Froytal Services, Limited is a corporation organized and existing under the laws of Cyprus.

DATED: August 19, 2010

DAVID A. STEINBERG
MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Marc E. Mayer
Attorneys for Plaintiffs
Mansef, Inc. and Froytal Services, Ltd.