1  DAVID A. STEINBERG (SBN 130593)
   das@msk.com
2  MARC E. MAYER (SBN 190969)
   mem@msk.com
3  EMILY F. EVITT (SBN 261491)
   efe@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSEF, INC., a Canadian Corporation and FROYTAL SERVICES LIMITED, a Cyprus Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA CONTENT, AVV, an Aruban Corporation; DENALI HOLDINGS, LLC, a California Limited Liability Corporation; and Does 1-10,<br><br>Defendants. | CASE NO. CV-10-6222-VBF (PLAx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE CASE PURSUANT TO FED. R. CIV. P. 41** |

1  Plaintiffs Mansef, Inc. and Froytal Services Limited (collectively,
2  "Plaintiffs"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P.
3  41(a)(1)(a), give notice to the Court as follows:

5  Plaintiffs and Defendants Ventura Content AVV, d/b/a Pink Visual, Denali
6  Holdings, LLC and Does 1-10 (collectively, the "Defendants") having stipulated
7  and agreed that the case as between them has been settled, the claims against
8  Defendants in the above-entitled action hereby are voluntarily dismissed, with
9  prejudice, each party to bear their own respective costs and fees.

11
12  DATED: October 4, 2010         DAVID A. STEINBERG
                                   MARC E. MAYER
13                                 EMILY F. EVITT
                                   MITCHELL SILBERBERG & KNUPP LLP
14
15                                 By: _____
16                                     Marc E. Mayer
                                       Attorneys for Plaintiffs
17                                     Mansef, Inc. and Froytal Services, Ltd.